UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA ORTEGA, | No. 2:22-cv-01406 KJM DB PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| TONY HINJOSA, et al., | |
| Defendants. | |

Plaintiff Rhonda Ortega is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On October 31, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has filed a document titled "Petition for Writ of Mandate," which the court construes as objections to the findings and recommendations. ECF No. 6

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be generally supported by the record and by the proper analysis.
/////

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed October 31, 2022 (ECF No. 5) are adopted;

2. Plaintiff's August 8, 2022 complaint (ECF No. 1) is dismissed without prejudice;

3. Plaintiff's August 8, 2022 application to proceed in forma pauperis (ECF No. 2) is denied;

4. Plaintiff's August 8, 2022 motion to appoint counsel (ECF No. 3) is denied;

5. Plaintiff's August 30, 2022 motion for court order (ECF No. 4) is denied; and

6. This action is closed.

DATED: March 6, 2023.

CHIEF UNITED STATES DISTRICT JUDGE